WILSON ELSER
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
JORGE A. RAMIREZ, ESQ.
Nevada Bar No. 6787
E-mail: Jorge.Ramirez@wilsonelser.com
CHAD A. HARRISON, ESQ.
Nevada Bar No. 13888
E-mail: Chad.Harrison@wilsonelser.com
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for Panda Express, Inc.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Jessenia Ceciliano, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>John Doe, an individual; Panda Express, Inc, a foreign corporation; Doe Individuals 1-10; and Roe Corporations 1-10, inclusive,<br><br>Defendants. | Case No.: 2:26-cv-2194 -APG-NJK<br><br>**Defendant's Motion to Remove from Service List** |

Defendant requests to remove attorneys Michael Lowry and Jonathan Pattillo from the CM/ECF electronic service list. Jorge Ramierz and Chad Harrison have taken their role representing Defendant in this matter.

DATED this 14th day of September, 2026.

WILSON ELSER
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

BY: */s/ Jorge Ramirez*
JORGE A. RAMIREZ, ESQ.
Nevada Bar No. 6787
CHAD A. HARRISON, ESQ.
Nevada Bar No. 13888
Attorneys for Panda Express, Inc.

IT IS SO ORDERED.
Dated: September 15, 2026
.
.

Nancy J. Koppe
United States Magistrate Judge